IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR62** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **VICTOR BARRAGAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion to Modify Conditions of Release and Request for Expedited Hearing (Filing No. 71).

After careful consideration of the motion in relation to the facts of this case, the Court concludes that the motion should be denied.

IT IS ORDERED that the Defendant's Motion to Modify Conditions of Release and Request for Expedited Hearing (Filing No. 71) is denied.

DATED this 25th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge